COOLEY GODWARD LLP
JAMES DONATO (146140) (jdonato@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Plaintiff IRVIN T. TATUM

BILL LOCKYER
Attorney General of the State of California
THOMAS S. PATTERSON (202890) (thomas.patterson@doj.ca.gov)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5727
Fax: (415) 703-5843

Attorneys for Defendants T. ALEXANDER and
J. JACKSON

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRVIN T. TATUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. ALEXANDER, *et al.*,<br><br>　　　　Defendants. | Case No. C 02-1461 WHA (BZ)<br><br>**STIPULATION RESCHEDULING SETTLEMENT CONFERENCE TO NOVEMBER 10, 2005**<br><br>Magistrate Judge: Hon. Bernard Zimmerman |

**WHEREAS**, the Court issued its Case Management Order and Reference to Magistrate Judge for Mediation/Settlement (the "Order") on July 14, 2005, establishing certain dates and deadlines and referring this matter for a settlement conference before the Honorable Bernard Zimmerman;

**WHEREAS**, the Order provides no deadline for the completion of the settlement conference;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

711861 v1/PA

1.

STIPULATION RESCHEDULING SETTLEMENT
CONFERENCE TO NOVEMBER 10, 2005
C 02-1461 WHA (FR)

WHEREAS, pursuant to the Order Scheduling Settlement Conference entered on August 4, 2005, a settlement conference has been scheduled in this matter for Thursday, October 6, 2005, at 9:00 a.m.;

WHEREAS, the Order Scheduling Settlement Conference states that "[i]t is the responsibility of counsel to ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the settlement conference";

WHEREAS, defense counsel was unable to locate or communicate with defendant Alexander until the week of September 19, 2005, due to the latter's illness and a recent relocation for purposes of treatment;

WHEREAS, as a result, defendant Alexander has not yet responded to outstanding discovery served by plaintiff and has not yet been made available for deposition;

WHEREAS, defendant Alexander is expected to respond to discovery on or before October 7, 2005, and to be available for deposition in or around mid-October 2005;

WHEREAS, the parties desire to reschedule the date of the settlement conference in this matter to November 10, 2005, so as to allow the parties time to complete discovery necessary to evaluate the case for settlement, including without limitation completing written discovery and conducting and defending the deposition of defendant Alexander; and

WHEREAS, the extension proposed herein will not postpone or extend any other dates or deadlines set forth in the Order, including without limitation the hearing on the parties' dispositive motions, the pretrial conference, or trial;

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that:

1. The settlement conference currently set in this matter for Thursday, October 6, 2005, at 9:00 a.m., is hereby rescheduled for Thursday, November 10, 2005, at 9:00 a.m.;

2. Each party shall prepare a Settlement Conference Statement, which must be served on opposing counsel and lodged with Judge Zimmerman's chambers on or before Thursday, November 3, 2005; and

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

711861 v1/PA

2.

STIPULATION RESCHEDULING SETTLEMENT
CONFERENCE TO NOVEMBER 10, 2005
C 02-1461 WHA (BZ)

3. This Stipulation may be executed by facsimile and in counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

Dated: Sept. 27, 2005

Respectfully submitted,

COOLEY GODWARD LLP
JAMES DONATO (146140)
ANGELA L. DUNNING (212047)

*Angela Dunning*
Angela L. Dunning

Attorneys for Plaintiff
IRVIN T. TATUM

BILL LOCKYER
Attorney General of the State of California
THOMAS S. PATTERSON (202890)
Deputy Attorney General

*Thomas S. Patterson*
Thomas S. Patterson

Attorneys for Defendants T. ALEXANDER and J. JACKSON

IT IS SO ORDERED.

Dated: Sept., 2005

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge
COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

711861 v1/PA

3.

STIPULATION RESCHEDULING SETTLEMENT
CONFERENCE TO NOVEMBER 10, 2005
C 02-1461 WHA (BZ)