IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN TATUM,<br><br>    Plaintiff,<br><br>  v.<br><br>T. ALEXANDER, M. RUIZ, and J. JACKSON,<br><br>    Defendants.<br>_____/ | No. C 02-01461 WHA<br><br>**ORDER REQUESTING<br>STIPULATED DISMISSAL** |

It is the Court's understanding that a settlement was reached before Magistrate Judge Bernard Zimmerman on November 22, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **JANUARY 27, 2006**, so the Court may issue an order instructing the Clerk to officially close the case file. Otherwise, the final pretrial conference will be held, as scheduled, on **JANUARY 30, 2006 AT 2:00 P.M.**

**IT IS SO ORDERED.**

Dated: November 29, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE